UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>113 VIRTUAL CURRENCY ACCOUNTS, *et al.*,<br><br>  Defendants In Rem. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-606 (TJK)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

The United States of America, by and through undersigned counsel, respectfully submits this status report.

1. On March 2, 2020, the United States commenced this forfeiture action by filing the Verified Complaint for Forfeiture *In Rem*. *See* Compl. (ECF No. 1).

2. On March 6, 2020, the United States filed the First Amended Verified Complaint for Forfeiture *In Rem*. *See* Amended Compl. (ECF No. 3).

3. On August 4, 2020, the Court issued a Warrant for Arrest *In Rem*. *See* Warrant (ECF No. 7).

4. The United States commenced notification of the forfeiture action through direct notice and publication in March 2020. *See* Affidavit in Support of Default (ECF No. 15) ¶¶ 6, 8. No party filed a claim. *See id.* ¶¶ 7, 9.

5. On October 14, 2020, the Clerk of the Court entered default as to the Defendant Properties. *See* Entry of Default (ECF No. 16).

6. On July 23, 2021, the Court denied the United States' motion for default judgment without prejudice. *See* Minute Entry (July 23, 2021).

7. On October 13, 2021, the United States filed the Second Amended Verified Complaint for Forfeiture *In Rem*. *See* Second Amended Compl. (ECF 24).

8. On December 10, 2021, the United States began publishing notice of the amended forfeiture action. *See* Decl. in Support of Default ¶ 15 (ECF No. 29). On December 30, 2021, the United States sent direct notice of the amended forfeiture action to known, potential claimants. *See id.* ¶ 11. No party filed a claim. *See id.* ¶¶ 13, 15.

9. On April 5, 2022, the United States filed a declaration in support of default. *See* Decl. in Support of Default (ECF No. 29).

10. On April 7, 2022, the Clerk of Court entered a default against the Defendant Properties. *See* Default (ECF No. 30).

11. The United States anticipates filing a motion for default judgment. In light of competing obligations in other matters, undersigned counsel require additional time to complete and file that motion for default judgment.

WHEREFORE, the United States respectfully requests leave to move for entry of default judgment or file a status report on or before June 17, 2022.

*   *   *

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Michael P. Grady
Michael P. Grady, D.C. Bar No. 492947
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7649 (Grady)
Michael.Grady3@usdoj.gov

 /s/ C. Alden Pelker
C. Alden Pelker, Maryland Bar
Jessica Peck, New York Bar No. 5188248
Trial Attorneys, U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007 (Pelker)
Catherine.Pelker@usdoj.gov